1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY L. KELLS, an individual,<br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION, a Kansas Corporation; et al.,<br>Defendants. | CASE NO. 3:12-cv-00308-LRH-VPC<br><br>**ORDER EXPUNGING LIS PENDENS** |

Having **GRANTED** the Motion for Summary Judgment, ECF No. 10, on January 7, 2013, of Defendants Wells Fargo Bank, N.A., s*ee* Order, ECF No. 23, sued here as America's Servicing Company ("ASC") and The Bank of New York Mellon ("Bank of New York") (together, "Defendants"):

**IT IS HEREBY ORDERED** that the "Notice By Plaintiff of Pendency of Action" ("Lis Pendens") recorded by Plaintiff in Lyon County as Document No. 460286, against the real property identified as 222 Poppy Hills Drive, Fernley, Nevada 89408, APN 020-642-34 is hereby

1  lifted, cancelled, expunged and RELEASED IN FULL.  This cancellation has the same effect as
2  an expungement of the original notice.

3      **IT IS FURTHER ORDERED** Defendants shall record a copy of this Order with the
4  Lyon County Recorder's Office against the APN which Plaintiff has filed the Lis Pendens in
5  connection with this action within fifteen (15) days of the date of the executed Order.

6  DATED this 10th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE